MEREDITH et al. v. CHAPMAN.
No. 3003.

Court of Civil Appeals of Texas. Beaumont.
Oct. 15, 1936.

J. G. Grissom, of McAllen, and Brown & Bader, of Edinburg, for appellants.

Myrick & Johnson, of Harlingen, for appellee.

WALKER, Chief Justice.

This appeal was originally filed in the San Antonio Court of Civil Appeals, then transferred to this court by order of the Supreme Court. The appeal is before us without briefs, and is, therefore, dismissed for want of prosecution.